25 CV 693-MAV

*FILED — U.S. DISTRICT COURT — JUL 28 2025 — MARY C. LOEWENGUTH, CLERK — WESTERN DISTRICT OF NY*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

Revised 07/07 WDNY

Arnaldo Camacho Sepúlveda
_____

Jury Trial Demanded: Yes  X   No____

Name(s) of Plaintiff or Plaintiffs

-vs-

Rosina Food Products, Inc And Russell A Corigliano
_____

DISCRIMINATION COMPLAINT

_____-CV-_____

Name of Defendant or Defendants

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision**, **AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

**X**   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
　　　**NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
　　　**NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
　　　**NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

[X]  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

**PARTIES**

1. My address is: 3860 Little Creek Dr.
   Amelia, Ohio 45102

   My telephone number is: 716 275 2799

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Rosina Food Products, Inc and Russell A Covigliano

   Number of employees: _____

   Address: 75 Empire Dr, West Seneca, N.Y. 14224

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

**CLAIMS**

4. I was first employed by the defendant on (date): 6/10/22

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
   Febuary 16, 2023

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): May 31, 2023

7. I believe that the defendant(s)

   a. _____   Are still committing these acts against me.
   b. __X__   Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) __June 7, 2023__

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is
   _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____
   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: __April 12, 2023__

11. The Equal Employment Opportunity Commission did _____ /did not __X__ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: __05/06/25__. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. __X__ Termination of my employment

   d. _____ Failure to promote me

   e. __X__ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. _____ Harassment on the basis of my sex

   g. __X__ Harassment on the basis of unequal terms and conditions of my employment

   h. __X__ Retaliation because I complained about discrimination or harassment directed toward me

   i. _____ Retaliation because I complained about discrimination or harassment directed toward others

   j. __X__ Other actions (please describe) _Supervisor KEVIN Knaus attempted to harm me when he grabbed me and shoved me towards the exit with both hands._

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. __X__ Race           f. _____ Sexual Harassment

   b. __X__ Color          g. _____ Age
                              _____ Date of birth

   c. _____ Sex
                           h. _____ Disability
   d. _____ Religion     Are you incorrectly perceived as being disabled by your employer?

   e. __X__ National Origin    ____ yes ____ no

15. I believe that I was __X__/was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are _____ is not/are not __X__ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: I was terminated as a result of the discrimination and Retaliation complaint

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    __X__ **has** issued a Right to sue letter, which I received on 05/06/2025

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*

    Kevin Knaus Attempt to harm me. Grab me agressively and shoved me towards the exit.

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed        _____ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 7/28/2025                    _____

                                              Plaintiff's Signature

6



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Buffalo Local Office
300 Pearl St, Suite 450
Buffalo, NY 14202
(716) 431-5007
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 05/06/2025

To: Mr. Arnaldo Camacho
3860 Apt #4 Little Creek Dr.
Amelia, OH 45102

Charge No: 525-2023-00987

EEOC Representative and email:   NELIDA SANCHEZ
Senior Investigator
nelida.sanchez@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission,

Maureen C. Kielt  Digitally signed by Maureen C. Kielt
Date: 2025.05.06 11:37:22 -04'00'

Maureen Kielt
Local Office Director

Case 1:25-cv-00693-MAV     Document 1     Filed 07/28/25     Page 8 of 10

**Cc:**
Robert P Heary
Barclay Damon LLP
200 Delaware Ave. STE 1200
Buffalo, NY 14202

Holly Reiller
Rosina Food Products, Inc.
75 Empire Dr.
West Seneca, NY 14224

Please retain this notice for your records.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ EEOC<br>☐ FEPA | Agency(ies) Charge No(s):<br>525-2023-01725 |
|---|---|---|

| New York State Division Of Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name (indicate Mr., Ms., Mrs., Miss, Mx., Dr., Hon., Rev.)<br>Mr. Arnaldo Camacho | Home Phone<br>716-440-1236 | Year of Birth |
|---|---|---|

Street Address
93 Sayre st.
BUFFALO, NY 14207

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>ROSINA FOOD PRODUCTS INC. | No. Employees, Members<br>501+ Employees | Phone No. |
|---|---|---|

Street Address
75 EMPIRE DR
WEST SENECA, NY 14224

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON<br><br>National Origin, Retaliation | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest: 05/31/2023      Latest: 06/06/2023 |
|---|---|

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I am a Puerto Rican individual. On or about March 8, 2023, I filed EEOC charge 525-2023-00987 alleging National Origin discrimination. I continue to be discriminated by Respondent because of my National Origin/Hispanic-Puerto Rican, and I was a victim of retaliation for having filed a charge of discrimination against Respondent. My EEOC charge 525-2023-00987 is currently being investigated.

More recently, on or about May 31, 2023, Employee Kahife disrespectfully told Aleishka and I to "not speak Spanish on the line" because he "is not Puerto Rican." However, Kalife is allowed to speak his native language on the line and has not been told that he could not speak it. I complained to Bryan (supervisor) but he did not inform me of a resolution of my complaint. Therefore, about three days after I complained, I went to Human Resources to obtain an answer regarding my complaint against Kahife. In retaliation, on or about June 6, 2023, I was informed that I was terminated. I believe that Respondent failed to effectively investigate my national origin complaint, and I was terminated because of my national origin/Puerto Rican and in retaliation for filing a previous EEOC charge of discrimination, in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Mr. Arnaldo Camacho**<br>06/21/2023<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

Page 1 of 2



# West Seneca Police Dept
## POLICE REPORT
## ASSAULT-SIMPLE

**Complaint:** 23-002983
**Report Date & Time:** 02/23/2023 01:53

## INCIDENT

| Field | Value |
|---|---|
| Address of Occurrence | 75 EMPIRE DR |
| District | WSE |
| Tract | West |
| Occ. Date & Time | 02/23/2023 00:10 |
| Day of Week | Thursday |
| Type of Premise | Factory/Mill/Plant |
| Status | Investigation Pending |
| Follow Up By | Detective |
| Supl | N |
| Officers | 130 - STEINWANDEL |
| Rep. Off. | 130 - STEINWANDEL |
| Assigned Off. | 092 - GIBBONS |
| Supervisor | 298 - WRIGHT |

### Victim - 1

| Field | Value |
|---|---|
| Last Name | CAMACHO |
| First Name | ARNALDO |
| MI | S |
| Birth Date | 01/30/1985 |
| Race | White |
| Sex | M |
| Age | 38 |
| Juvenile | N |
| Arrested | N |
| Report | PR |
| Address | 93 SAYRE ST |
| City | BUFFALO |
| State | NY |
| Zip | 14207 |
| Home Phone | (716) 440-1236 |
| Height | 5' 09" |
| Weight | 220 |
| Hair | BLK |
| Eyes | BRO |
| Build | L |
| Complexion | LBR |
| Glasses | Unknown |

### Suspect - 1

| Field | Value |
|---|---|
| Last Name | KNAUS |
| First Name | KEVIN |
| MI | R |
| Birth Date | 08/13/1970 |
| Race | Not Reported |
| Sex | M |
| Age | 52 |
| Juvenile | N |
| Arrested | N |
| Report | PR |
| Address | 92 BRENTWOOD DR |
| City | CHEEKTOWAGA |
| State | NY |
| Zip | 14227 |
| Home Phone | (716) 491-2780 |
| Height | 5' 6" |
| Weight | 250 |
| Hair | GRY |
| Eyes | BRO |
| Build | H |
| Complexion | MED |
| Cell Phone | (716) 656-0011 |

## OFFENSES

| Law | Section | CA | CL | DG | Description | Report |
|---|---|---|---|---|---|---|
| PL | 240.26-01 | V | | 2 | HARASSMENT 2ND- PHYSICAL CONTACT | PR |

## NARRATIVE

**POLICE REPORT**   Date Entered: 02/23/2023 02:02   Typist: DAVID STEINWANDEL   Officer: 130-STEINWANDEL

ON 2/23/23 AT APPROXIMATELY 01:50 PATROL HANDLED A WALK IN COMPLAINT REGARDING A HARASSMENT THAT OCCURRED AT 75 EMPIRE DR. THE VICTIM, ARNALDO S. CAMACHO, STATED THAT WHILE HE WAS WORKING AT ROSINA FOODS THE BUSINESS LOST POWER. DUE TO THE LOSS OF THE POWER THE COMPANIES PROTOCOL IS TO RELOCATE TO THE HALLWAY WHERE IT IS SAFER AND WAIT FOR THE POWER TO COME BACK ON. WHILE THE VICTIM WAS WAITING FOR THE POWER TO COME BACK ON THE SHIFT SUPERVISOR "KEVIN" TOLD THE VICTIM TO GO BACK TO HIS WORKPLACE EVEN THOUGH THE POWER WAS STILL OFF. THE VICTIM TOLD "KEVIN" THAT IT WASN'T SAFE AND HE WASN'T GOING BACK IN BECAUSE ITS AGAINST THE RULES. THE VICTIM THEN STATED THAT "KEVIN" GRABBED HIM BY THE ARMS AND PUSHED HIM TOWARDS THE EXIT DOOR TELLING HIM IF HE WASN'T GOING TO LISTEN THEN HE COULD LEAVE. THE VICTIM TOLD "KEVIN" TO KEEP HIS HANDS OFF OF HIM WHICH "KEVIN" DID. THE VICTIM DIDN'T CLAIM ANY INJURIES AND WAS ADVISED BY PATROL TO CONTACT HIS HUMAN RESOURCES REPRESENTATIVE TO REPORT THE INCIDENT AT WORK AS WELL. CASE FORWARDED TO DETECTIVES FOR FOLLOW UP.

Officer: 130 - STEINWANDEL                    Supervisor: 298 - WRIGHT

Printed Date:   03/06/2023 09:07 AM                                               Page: 1